# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RICKY L. RUSHING                                                                  PLAINTIFF

V.                       4:14CV00265 SWW/JTR

DOC HOLIDAY, Sheriff,
Pulaski County; *et al.*                                                DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered today, this case is voluntarily dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 4th day of August, 2014.

                                                                            /s/Susan Webber Wright
                                                             UNITED STATES DISTRICT JUDGE